PARR LAW GROUP
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 900
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Trustee:
Kari Bowyer

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re: THOMAS DAVID McKEE,

Debtor.

---

KARI BOWYER;
    Plaintiff,

v.

THOMAS DAVID McKEE, an individual;
ELBA LETICIA McKEE, an individual;
ELBA LETICIA McKEE, Trustee of the JCR REVOCABLE TRUST (dated October 12, 2006);
    Defendants.

Case No. 18-51790- MEH

Adversary Case No. 19-5061

**STIPULATION TO DISMISS ADVERSARY PROCEEDING IN ITS ENTIRETY WITH PREJUDICE AND CLOSING THE ADVERSARY PROCEEDING DOCKET**

All parties, by and through their respective undersigned counsel Shawn R. Parr, Wayne A. Silver, and Robert Aronson, hereby stipulate to dismiss the above-captioned Adversary Proceeding in its entirety with prejudice and to close the Adversary Proceeding as follows:

1. Plaintiff filed this Adversary Proceeding on December 20, 2019 and named Defendants THOMAS DAVID McKEE (an individual), ELBA LETICIA McKEE (an individual), and ELBA LETICIA McKEE, Trustee of the JCR REVOCABLE TRUST (dated October 12, 2006) (the "JCR TRUST") (collectively, the "Parties").

Parr Law Group
1625 The Alameda,
Suite 900,
San Jose, CA 95126

*Stipulation to DISMISS ADVERSARY PROCEEDING*

Case: 19-05061    Doc# 70    Filed: 05/10/22    Entered: 05/10/22 16:42:54    Page 1 of 2

1

2. Defendant THOMAS DAVID McKEE is no longer a named defendant in the Adversary Proceeding.

3. On or about December 31, 2020, ELBA LETICIA McKEE resigned as trustee of the JCR TRUST. On the same date, FRANCISCO JAVIER CASTELLANOS LOPEZ was appointed, and accepted, the position of successor trustee of the JCR TRUST.

4. On February 16, 2022 the Parties held a Court supervised settlement conference and the matter was compromised and settled. FRANCISCO JAVIER CASTELLANOS LOPEZ, as successor trustee of the JCR TRUST, was never formally named as a Defendant in the Adversary Proceeding. FRANCISCO JAVIER CASTELLANOS LOPEZ as successor trustee of the JCR TRUST, did however participate in the settlement conference.

5. The Parties thereafter negotiated and signed a Settlement Agreement. FRANCISCO JAVIER CASTELLANOS LOPEZ, both individually and as successor trustee of the JCR TRUST, is receiving the benefit of the release as provided in the Settlement Agreement.

6. On April 8, 2022 the Court entered an Order approving the Settlement Agreement and authorizing the Trustee to compromise controversy. [Docket No 48]

7. Plaintiff has received the agreed upon settlement funds in full pursuant to the Settlement Agreement.

8. The Parties now stipulate and agree to dismiss the Adversary Proceeding in its entirety with prejudice, each side to bear their own attorneys' fees and costs as stated in the Settlement Agreement.

**IT IS SO STIPULATED**.

Dated: May 10, 2022  /s/ Shawn R. Parr
Shawn R. Parr, A*ttorney for Plaintiff*

Dated: May 10, 2022  /s/ Wayne A. Silver
Wayne A. Silver, *Attorney for Elba McKee and Francisco Javier Castellanos Lopez, successor trustee of the JCR Revocable Trust*

Dated: May 10, 2022  /s/ Robert Aronson
Robert Aronson, *Attorney for Defendant* David McKee

Parr Law Group
1625 The Alameda,
Suite 900,
San Jose, CA
95126

*Stipulation to DISMISS ADVERSARY PROCEEDING*

Case: 19-05061    Doc# 70    Filed: 05/10/22    Entered: 05/10/22 16:42:54    Page 2 of 2

2