

**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 900
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile: (408) 267-4535

Attorneys for Trustee:
Kari Bowyer

The following constitutes the order of the Court.
Signed: May 11, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In Re: THOMAS DAVID McKEE,<br><br>        Debtor.<br>_____<br>KARI BOWYER;<br><br>        Plaintiff,<br>  v.<br><br>THOMAS DAVID McKEE, an individual;<br>ELBA LETICIA McKEE, an individual;<br>ELBA LETICIA McKEE, Trustee of the JCR REVOCABLE TRUST (dated October 12, 2006);<br><br>        Defendants. | CASE NO. 18-51790-MEH<br><br>Adversary Case No. 19-05061-MEH<br><br>Chapter 7<br><br>**ORDER ON STIPULATION TO DISMISS ADVERSARY PROCEEDING IN ITS ENTIRETY WITH PREJUDICE AND CLOSING THE ADVERSARY PROCEEDING DOCKET** |

      The parties, having agreed to the terms set forth in the Stipulation to Dismiss Adversary Proceeding in its Entirety with Prejudice and Closing the Adversary Proceeding Docket and are bound by the terms of their stipulation. The Stipulation to Dismiss Adversary Proceeding in its Entirety with Prejudice and Closing the Adversary Proceeding Docket, Docket Number 70, is hereby approved and made an order of the court and this adversary is hereby dismissed.

                                **\*\*IT IS SO ORDERED\*\***

Parr Law Group
1625 The Alameda,
Suite 900,
San Jose, CA
95126

Case: 19-05061   Doc# 71   Filed: 05/11/22   Entered: 05/11/22 12:14:30   Page 1 of 2

ORDER ON STIPULATION TO DISMISS ADVERSARY PROCEEDING
1

COURT SERVICE LIST

Parr Law Group
1625 The Alameda,
Suite 900,
San Jose, CA
95126

Case: 19-05061    Doc# 71    Filed: 05/11/22    Entered: 05/11/22 12:14:30    Page 2 of 2

ORDER ON STIPULATION TO DISMISS ADVERSARY PROCEEDING
2